UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In RE:** | **Chapter 11** |
| | **Case Number: 10-11084** |
| **MANETAS, INC.** | |
|     **Debtor** | |

## APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY

Manetas, Inc., the Debtor in possession, applies to the Court for an order authorizing the employment of Stephen K. Midgley, Esq., and the law firm of Midgley Legal Services, LLC. as attorney for the Debtor in this Chapter 11 case.

In support of this application, the Debtor shows and represents as follows:

1. On February 3, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor has remained in possession of its assets and is now operating the business as a debtor in possession.

2. The Debtor has retained Stephen K. Midgley, and the law firm of Midgley Law Associates to represent it in carrying out its duties under the Bankruptcy Code,

   3. The Debtor proposes to employ the attorney for the following purposes:
      a. to represent the Debtor in this Chapter 11 case and to advise the Debtor as to his rights, duties and powers as a debtor in possession;
      b. to prepare and file all necessary statements, schedules, and other documents and to negotiate and prepare one or more plans of reorganization for the Debtor;
      c. to represent the Debtor at all hearings, meeting of creditors, conferences, trials, and other proceedings in this case; and
      d. to perform such other legal services as may be necessary in connection with this case.

4. The Debtor has made careful and diligent inquiry and is satisfied with that the attorney is qualified and competent to represent the Debtor in this case for the following reasons:
      a. the attorney has prepared and filed the petition and related documents initiating this Chapter 11 case; and
      b. the attorney is admitted to practice before this court, and is experienced in bankruptcy practice and Chapter 11 proceedings.

5. The Debtor has entered into a written employment agreement with the Attorney with

respect [to] the services to be performed by the attorney and the compensation to be paid to the attorney. A copy of the agreement is attached to this application and the Debtor proposes to compensate the attorney as provided in this agreement, subject to the approval of the court after the rendering of such services.

6. The Debtor is informed and believes that the attorney has no connection with the Debtor, creditors, or any other party in interest, or their respective attorneys or accountants. The Debtor is informed and believes that the attorney does not hold or represent an interest adverse to the estate with respect to the matters on which he is employed and that the employment of the attorney is in the best interest of the estate.

7. The appointment of a trustee has not been requested in this case and notice of this application need be given only to the United States Trustee for this district and a hearing need not be held on this application unless promptly requested by the United States Trustee.

8. The Debtor requests that application be treated as nunc pro tunc as it was prepared earlier but was not filed because of the dismissal of this case.

WHEREFORE, Debtor respectfully requests this Honorable Court to enter an order approving the employment of Stephen K. Midgley, Esq., and the law firm of Midgley Legal Services, as attorneys for the Debtor in this case.

Dated:

_____  
Manetas, Debtor  
By Ourania E. Manetas,  
Clerk/Treasurer  
628 Trapelo Road  
Belmont, MA

_____  
Stephen M. Midgley, Esq.  
Midgley Legal Services  
P.O. Box 2577  
Attleboro Falls, MA 02763  
Telephone: 508-261-9010  
Facsimile: 508-339-0222  
BBO NO.: 549701

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In RE: | ) | Chapter 11 |
| | ) | Case Number: 10-11084 |
| Manetas, Inc. | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Stephen K. Midgley, certify that on _April 13_, 2010, I mailed first class mail copy of the Application for Order Approving Employment of Attorney:

Manetas, Inc.
628 Trapelo Road
Belmont, MA 02478

SEE ATTACHED LIST OF CREDITORS

and via electronic mail to John Fitzgerald, U.S. Trustee.

Stephen K. Midgley
B.B.O: 549701
Midgley Legal Services
P.O. Box 2577
Attleboro Falls, Ma 02763
Telephone: 508-261-9010
Facsimile: 508-339-0222

```
Commonwealth Of Massachusetts
Division Of Workforce Development
One Ashburton Place, Suite 2112
Boston, MA   02108


Drain Doctor
Transworld Systems, Inc. Collection Agen
10 New England Bus. Ctr,. Dr.
Andover, MA   01810


George's Bakery Products, Inc.
Cathleen Collins, Esq.
567 Fellsway
Medford, MA   02155


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA   19114


Massachusetts Department Of Workforce De
Bankruptcy Unit
P.O. Box 55484
Boston, MA   02205


Metromedia Energy, Inc.
Law Offices Of Frank J. Maier
500 Main Street, Suite 580
Worcester, MA   01608


National Grid
Processing Center
Woburn, MA   01807


NEC Financial Services, LLC
24189 Network Place
Chicago, IL   60673
```

```
Omni Financial
380 Interlocken Crescent Suite 800
Broomfield, CO   80021


Premium Financing Specialists, Inc.
P.O. Box 15089
Worcester, MA   01615


Redwood Paper
1320 State Route 9 #193
Champlain, NY   12919


Town Of Belmont
Municipal Light Department
P.O. Box 168
Belmont, MA   02478
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re:**  ) | **Chapter 11** |
| **MANETAS, INC.**  ) | |
| ) | **Case No:** |
| ) | |
| **Debtor**  ) | |
| ) | |

AFFIDAVIT OF STEPHEN K. MIDGLEY

I, Stephen K. Midgley, hereby state under the pain and penalties of perjury the following:

1. Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor.

2. My and my firm's connections with the debtor, any creditor, or other party in interest, their respective attorneys and accountants are as follows:

I am and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. §101 (14).

3. I have not agreed to share with any person the compensation to be paid for the services rendered in this case.

4. I have received a retainer in this case in the amount of $5,500.00, which sum, upon information and belief, was generated by the debtor from: funds of the shareholder.

5. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

6. I have reviewed the provisions of MLBR 2016-1

Date:

Stephen K. Midgley, Esq.